IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CV-349-FL

| | |
|---|---|
| EUGENE WALLACE,<br>    Plaintiff<br><br>    vs.<br><br>MICHAEL ASTRUE,<br>Commissioner of Social Security,<br>    Defendant | CONSENT ORDER |

This action being submitted to the Court for entry of a Consent Order agreed to by the parties and it appearing that the plaintiff, by and through his attorney, has executed this Consent Order and the defendant has executed this Consent Order, by and through the undersigned Assistant United States Attorney; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $4816.00 for attorney fees (30.1 hours at $160 per hour), in full and final settlement of all claims due against the Social Security Administration, for attorney fees and costs arising under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d).

It is therefore ORDERED that the Commissioner of Social Security pay to the plaintiff, the sum of $4816.00 in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum this case is dismissed with prejudice.

This <u>6th</u> day of <u>September</u>, 2010.

_____
United States District Judge

CONSENTED TO:


/s/ Diane S. Griffin
_____

Attorney for Plaintiff
Charles T. Hall Law Firm, P.C.
P.O. Box 10629
Raleigh, NC 27605
Telephone: (919) 791-1883
Fax: (919) 791-1886
Email: diane@charleshallfirm.com
State Bar Number 13284
LR 83.1 Counsel



/s/ R. A. Renfer
_____

GEORGE E.B. HOLDING
By R. A. RENFER, JR.
Attorney for Defendant
Assistant United States Attorney
Chief, Civil Division
310 New Bern Avenue
Suite 800 Federal Building
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
Email: rudy.renfer@usdoj.gov
N.C. Bar # 11201